```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M.. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, California 95113
      Telephone: (408) 535-5082
6     FAX: (408) 535-5081

7  Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION           *E-FILED - 8/3/06*

| | |
|---|---|
| RAYMUNDO FERDIN, | Case No. C 06-03235 RMW |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MICHAEL W. WYNNE, SECRETARY, DEPARTMENT OF THE AIR FORCE, DEPARTMENT OF THE AIR FORCE, | |
| Defendants. | |

The parties to this action hereby stipulate and request as follows:

Plaintiff filed this action on May 15, 2006.  The Office of the United States Attorney for the Northern District of California was served on July 17, 2006.  Accordingly, the defendant's answer or other response to the complaint is due on September 15, 2006.

This case is currently scheduled for a case management conference on August 18, 2006. This date is prior to the current deadline for responding to the complaint.

Accordingly, the parties request that the case management conference be rescheduled to October 6, 2006, or a later date acceptable to the Court.

//

//

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  DATED: July 24, 2006 | KEVIN V. RYAN |
| 3 | United States Attorney |
| | |
| 4 | |
| 5 | _____/s/_____ |
|   | CLAIRE T. CORMIER |
| 6 | Assistant United States Attorney |
| 7 | WOODSON & ALLEN, LLP |
| 8 | |
| 9  DATED: July 24, 2006 | _____/s/_____ |
|   | WILLIAM N. WOODSON, III |
| 10 | Attorney for Plaintiff |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the case management conference for this case is rescheduled to October 6, 2006 at 10:30 a.m.

IT IS SO ORDERED.

DATE: _____8/3/06_____     /S/ RONALD M. WHYTE
                                 Ronald M. Whyte
                                 United States District Judge

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C 06-03235 RMW                -2-