| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | JOANN M.. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5082 |
| 6 | FAX: (408) 535-5081 |
| 7 | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 9/21/06*

| | | |
|---|---|---|
| RAYMUNDO FERDIN, | ) | Case No. C 06-03235 RMW |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER EXTENDING DEADLINES** |
| v. | ) | |
| MICHAEL W. WYNNE, SECRETARY,<br>DEPARTMENT OF THE AIR FORCE,<br>DEPARTMENT OF THE AIR FORCE, | )<br>)<br>) | |
| Defendants. | ) | |

The parties to this action hereby stipulate and request as follows:

Plaintiff filed this action on May 15, 2006. The Office of the United States Attorney for the Northern District of California was served on July 17, 2006. Accordingly, the defendant's answer or other response to the complaint is currently due on September 15, 2006. Defendants' counsel has advised plaintiff's counsel that the Air Force attorney assigned to assist with this case has had to take emergency medical leave. This has caused difficulties in obtaining the information necessary to respond to the complaint and to make other decisions relating to this case. Accordingly, defendants requested and plaintiff agreed to a two week extension to answer, move, or otherwise respond to plaintiff's complaint, pursuant to Local Rule 6-1. Defendants' response to the complaint will now be due September 29, 2006.

STIPULATION AND ORDER EXTENDING DEADLINES
Case No. C 06-03235 RMW        -1-

1  For the same reasons, the parties request that the deadline for filing an ADR Certification
2  be extended to September 29, 2006.

3                                                          Respectfully submitted,

4  DATED: September 13, 2006                KEVIN V. RYAN
                                             United States Attorney
5

6

7                                             _____/s/_____
                                              CLAIRE T. CORMIER
                                              Assistant United States Attorney
8

9                                             WOODSON & ALLEN, LLP

10

11 DATED: September 13, 2006                 _____/s/_____
                                              WILLIAM N. WOODSON, III
12                                            Attorney for Plaintiff

13

14

15  _____      **ORDER**      _____

16  Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

17

18

19 DATE: _9/21/06_____            _____/S/ RONALD M. WHYTE_____
                                              Ronald M. Whyte
20                                            United States District Judge

21

22

23

24

25

26

27

28