1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M.. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
5    150 Almaden Blvd., Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5082
6    FAX: (408) 535-5081
7  Attorneys for Federal Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                 SAN JOSE DIVISION        *E-FILED - 9/21/06*
11
12 RAYMUNDO FERDIN,                 )    Case No. C 06-03235 RMW
                                    )
13         Plaintiff,               )    **STIPULATION AND**
                                    )    **ORDER EXTENDING DEADLINES**
14    v.                            )
                                    )
15 MICHAEL W. WYNNE, SECRETARY,     )
   DEPARTMENT OF THE AIR FORCE,     )
16 DEPARTMENT OF THE AIR FORCE,     )
                                    )
17         Defendants.              )
                                    )
18 _____
19        The parties to this action hereby stipulate and request as follows:
20        Plaintiff filed this action on May 15, 2006.  The Office of the United States Attorney for
21 the Northern District of California was served on July 17, 2006.  Accordingly, the defendant's
22 answer or other response to the complaint is currently due on September 15, 2006.  Defendants'
23 counsel has advised plaintiff's counsel that the Air Force attorney assigned to assist with this
24 case has had to take emergency medical leave.  This has caused difficulties in obtaining the
25 information necessary to respond to the complaint and to make other decisions relating to this
26 case.  Accordingly, defendants requested and plaintiff agreed to a two week extension to answer,
27 move, or otherwise respond to plaintiff's complaint, pursuant to Local Rule 6-1.  Defendants'
28 response to the complaint will now be due September 29, 2006.

STIPULATION AND ORDER EXTENDING DEADLINES
Case No. C 06-03235 RMW              -1-

1     For the same reasons, the parties request that the deadline for filing an ADR Certification

2  be extended to September 29, 2006.

3                                  Respectfully submitted,

4  DATED: September 13, 2006       KEVIN V. RYAN
                                   United States Attorney
5

6                                  _____/s/_____
7                                  CLAIRE T. CORMIER
                                   Assistant United States Attorney
8

9                                  WOODSON & ALLEN, LLP

10

11  DATED: September 13, 2006      _____/s/_____
                                   WILLIAM N. WOODSON, III
12                                 Attorney for Plaintiff

13

14

15  _____**ORDER**_____

16     Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

17

18

19  DATE: _9/21/06_____     _____/S/ RONALD M. WHYTE_____
                                   Ronald M. Whyte
20                                 United States District Judge

21

22

23

24

25

26

27

28

STIPULATION AND  ORDER EXTENDING DEADLINES
Case No. C 06-03235 RMW              -2-