1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M.. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
     150 Almaden Blvd., Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5082
6  FAX: (408) 535-5081

7  Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 10/4/06*

| RAYMUNDO FERDIN, | ) | Case No. C 06-03235 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| MICHAEL W. WYNNE, SECRETARY, DEPARTMENT OF THE AIR FORCE, DEPARTMENT OF THE AIR FORCE, | ) ) ) | |
| Defendants. | ) ) | |

The parties to this action hereby stipulate and request as follows:

Plaintiff filed this action on May 15, 2006. The Office of the United States Attorney for the Northern District of California was served on July 17, 2006. Pursuant to a request by made defendants' counsel and granted by plaintiff's counsel, defendants' response to the complaint is due September 29, 2006. Defendant's counsel has informed plaintiff's counsel that defendants will be filing a motion to dismiss, scheduled for hearing on November 17, 2006. The Court has previously granted a continuance of the originally scheduled case management conference. The current date for the conference is October 6, 2006.

//

//

STIPULATION AND [ ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C 06-03235 RMW                    -1-

1   Because defendants will be filing a motion to dismiss, the parties request that the October
2   6, 2006 case management conference be continued to a date on or after the hearing date for the
3   motion to dismiss.

4                                       Respectfully submitted,
5   DATED: September 29, 2006           KEVIN V. RYAN
                                        United States Attorney
6

7
                                        _____/s/_____
8                                       CLAIRE T. CORMIER
                                        Assistant United States Attorney
9

10                                      WOODSON & ALLEN, LLP

11

12  DATED: September 29, 2006           _____/s/_____
                                        WILLIAM N. WOODSON, III
13                                      Attorney for Plaintiff

14

15                              **ORDER**

16      Pursuant to the stipulation of the parties and good cause appearing, the case management
17  conference for this case is rescheduled from October 6, 2006 to  November 17, 2006      ,
18  2006 at 10:30 a.m.

19      IT IS SO ORDERED.

20

21

22  DATE:  10/4/06                      /s/ Ronald M. Whyte
                                        Ronald M. Whyte
23                                      United States District Judge

24

25

26

27

28

STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
Case No. C 06-03235 RMW                 -2-