| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| | United States Attorney |
| 2 | JOANN M.. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364) |
| | Assistant United States Attorney |

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5082
  FAX: (408) 535-5081
  claire.cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/9/06*

| | |
|---|---|
| RAYMUNDO FERDIN, ) | Case No. C 06-03235 RMW |
| ) | |
| Plaintiff, ) | **STIPULATION AND []** |
| ) | **ORDER CONTINUING CASE** |
| v. ) | **MANAGEMENT CONFERENCE** |
| ) | |
| MICHAEL W. WYNNE, SECRETARY, ) | |
| DEPARTMENT OF THE AIR FORCE, ) | |
| DEPARTMENT OF THE AIR FORCE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties to this action hereby stipulate and request as follows:

Plaintiff filed this action on May 15, 2006. The Office of the United States Attorney for the Northern District of California was served on July 17, 2006. Pursuant to a request by made defendants' counsel and granted by plaintiff's counsel, defendants' response to the complaint was due September 29, 2006. Defendant filed a motion to dismiss and originally scheduled it for hearing on November 17, 2006. At the parties request, the case management conference was rescheduled to November 17, 2006 to coincide with the motion to dismiss. Defendant's counsel then informed plaintiff's counsel that she had received notice of a Ninth Circuit Court of Appeal oral argument on November 17, 2006. Accordingly, defendant renoticed the motion to dismiss for hearing on December 1, 2006.

The parties now STIPULATE AND REQUEST that the Court issue the attached proposed order continuing the case management conference to a date on or after the December 1, 2006 hearing date for the motion to dismiss.

                                      Respectfully submitted,

DATED: October 26, 2006          KEVIN V. RYAN
                                      United States Attorney

                                        /s/
                                      CLAIRE T. CORMIER
                                      Assistant United States Attorney

                                      WOODSON & ALLEN, LLP

DATED: November 3, 2006            /s/
                                      WILLIAM N. WOODSON, III
                                      Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the case management conference for this case is rescheduled from November 17, 2006 to December 1, 2006 at 10:30 a.m.

IT IS SO ORDERED.

DATE: 11/9/06                               /s/ Ronald M. Whyte
                                                    Ronald M. Whyte
                                                    United States District Judge