```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M.. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, California 95113
      Telephone: (408) 535-5082
6     FAX: (408) 535-5081
      claire.cormier@usdoj.gov
7
   Attorneys for Federal Defendants
8
```

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11               SAN JOSE DIVISION        ***E-FILED - 2/6/07***

| | |
|---|---|
| RAYMUNDO FERDIN, | Case No. C 06-03235 RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER CONTINUING CASE** |
| | **MANAGEMENT CONFERENCE** |
| MICHAEL W. WYNNE, SECRETARY, | |
| DEPARTMENT OF THE AIR FORCE, | |
| DEPARTMENT OF THE AIR FORCE, | |
| Defendants. | |

19    The parties to this action hereby stipulate and request as follows:

20    Plaintiff filed this action on May 15, 2006. The Office of the United States Attorney for

21 the Northern District of California was served on July 17, 2006. Pursuant to a request by made

22 defendants' counsel and granted by plaintiff's counsel, defendants' response to the complaint

23 was due September 29, 2006. Defendant filed a motion to dismiss, which was heard on

24 December 15, 2006. Though the Court issued a tentative ruling prior to the hearing, the parties

25 have not yet received a final order on the motion to dismiss. The tentative ruling stated that leave

26 to amend would be granted, at least as to some of plaintiff's claims. However, because no final

27 ruling has been received, plaintiff has not yet filed an amended complaint. Accordingly, the

28

1  pleadings are not likely to be settled by the currently scheduled case management conference on
2  Friday, February 16, 2007.
3       In addition, defendant's counsel has informed plaintiff's counsel that she has been
4  scheduled for a hearing in the District of Hawaii on Friday, February 16, 2007.
5       Therefore, in order to allow for a ruling on the submitted motion to dismiss, the filing of
6  an amended complaint, and the filing of an answer or second motion to dismiss by defendant, the
7  parties hereby stipulate and request that the case management conference be continued
8  approximately 60 days to April 20, 2007.

                    Respectfully submitted,

DATED: January 30, 2007      KEVIN V. RYAN
                    United States Attorney

                    /s/
                    CLAIRE T. CORMIER
                    Assistant United States Attorney

                    WOODSON & ALLEN, LLP

DATED: January 30, 2007      /s/
                    WILLIAM N. WOODSON, III
                    Attorney for Plaintiff

## [] ORDER

     Pursuant to the stipulation of the parties and good cause appearing, the case management conference for this case is rescheduled from February 16, 2007 to April 20, 2007 at 10:30 a.m.

     IT IS SO ORDERED.

DATE: __2/6/07_____      *Ronald M. Whyte*
                                         Ronald M. Whyte
                                         United States District Judge