| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | JOANN M.. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5082 |
| 6 | FAX: (408) 535-5081 |
| 7 | Attorneys for Federal Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        ***E-FILED - 5/31/07***

| RAYMUNDO FERDIN, | ) | Case No. C 06-03235 RMW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER EXTENDING DEADLINE FOR RESPONSE TO AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| MICHAEL W. WYNNE, SECRETARY, DEPARTMENT OF THE AIR FORCE, DEPARTMENT OF THE AIR FORCE, | ) | |
| Defendants. | ) | |

The parties to this action hereby stipulate and request as follows:

Plaintiff filed this action on May 15, 2006. Defendant moved to dismiss. That motion was granted with leave to amend. Plaintiff filed his amended complaint on May 9, 2007. Defendant's response to the amended complaint currently is due on May 23, 2007. Defendant's counsel has informed plaintiff's counsel that the Air Force attorney assigned to this case has had some recent medical complications which interfere with her ability to assist with the response to the amended complaint, whether that response is an answer or another motion. Accordingly, defendant has requested and plaintiff has agreed to a two week extension to answer, move, or otherwise respond to plaintiff's amended complaint. Defendants' response to the amended complaint would then be due on June 6, 2007.

STIPULATION AND [] ORDER EXTENDING DEADLINES
Case No. C 06-03235 RMW                     -1-

1  This case is currently scheduled for a case management conference on June 1, 2007. Due
2  to the requested extension for the response to the amended complaint, the parties hereby stipulate
3  and request that the case management conference be rescheduled to June 15, 2007 or another date
4  acceptable to the Court.

                                        Respectfully submitted,

DATED: May 11, 2007                     SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____/s/_____
                                        CLAIRE T. CORMIER
                                        Assistant United States Attorney


                                        WOODSON & ALLEN, LLP


DATED: May 11, 2007                     _____/s/_____
                                        WILLIAM N. WOODSON, III
                                        Attorney for Plaintiff


### ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that defendant shall have until June 6, 2007 to answer, move or otherwise respond to plaintiff's amended complaint. IT IS FURTHER ORDERED that the case management conference, currently scheduled to take place on June 1, 2007, is continued to June 15, 2007 at 10:30 a.m.


DATE: 5/31/07                           *Ronald M. Whyte*
                                        Ronald M. Whyte
                                        United States District Judge

STIPULATION AND [] ORDER EXTENDING DEADLINES
Case No. C 06-03235 RMW                 -2-